Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 00 C 50227 | DATE | 8/20/2002 |
| CASE TITLE | ECKMANN vs. DIEDRICH | | |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

DOCKET ENTRY:

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] For the reasons set forth on the reverse Memorandum Opinion and Order, plaintiff's objection to defendant's bill of costs is granted in part and denied in part. The court enters the revised amount of $371.25 for defendant's bill of costs which is hereby included in the judgment pursuant to Fed. R. Civ. P. 54.

(11) ■ [For further detail see order on the reverse side of the original minute order.]

# MEMORANDUM OPINION AND ORDER

On July 29, 2002, defendant, Edward Diedrich filed his bill of costs in the total amount of $810.70. Plaintiff, Thomas Eckmann, independent administrator of the estate of Jeanne Eckmann, deceased filed objections on August 2, 2002. On August 15, 2002, defendant filed a response to the objection partially answering the objections.

Defendant sought $651.30 in deposition costs. Initially, defendant did not provide any documentation to support these charges or identify the depositions for which they were seeking recovery. Plaintiff raised this lack of documentation in his objection. Subsequently, defendant provided invoices from court reporters indicating the charges were for a transcript and copy of the deposition of Jeanne Marie Eckmann in the amount of $391.30 and for the deposition of M. Paige Neils in the amount of $261.00. Fees for deposition transcripts and one copy may be awarded as costs. See 28 U.S.C. § 1920 (2); Fed. R. Civ. P. 54 (d). Both these depositions were necessarily obtained for use in the case, however, the charges exceed the Judicial Conference copy rate of $3.00 per page for an original transcript and $.75 per page for the first copy. See Cengr v. Fusibond Piping Sys., Inc., 135 F.3d 445, 455 (7th Cir. 1998); LR 54.1 (b). Eckmann's deposition was 71 pages. $213.00 is allowable for the original transcript and $53.25 for the copy. Neils deposition was 35 pages. $105.00 is allowable for the original transcript. No copies of this deposition are indicated in the invoice.

Defendant also seeks $20.00 in subpoena fees and copying costs of $139.40. However, defendant supplies no documentation to support these costs and they are denied.

Plaintiff's objection to defendant's bill of costs is granted in part and denied in part. The bill of costs is reduced by $439.45. Defendant's bill of costs is awarded in the amount of $371.25.